**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | Case No. 2:24-cv-10680-MWC-PVC |
| Plaintiff, | **ENTRY OF JUDGMENT [JS-6]** |
| v. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

On April 30, 2026, the Court granted Defendant Allstate Insurance Company's Motion for Summary Judgment (Dkt. # 49) in its entirety.  Dkt. # 55.  The Court having granted summary judgment in favor of Defendant Allstate Insurance Company, it is hereby **ORDERED** that **JUDGMENT** shall be **ENTERED** on behalf of Defendant Allstate Insurance Company, that Plaintiff Liberty Mutual Insurance Company shall recover nothing and that Defendant Allstate Insurance Company shall recover from Plaintiff Liberty Mutual Insurance Company costs of suit pursuant to the Application to the Clerk to Tax Costs (CV-59) to be filed by Defendant Allstate Insurance Company.

**IT IS SO ORDERED.**

DATED: May 19, 2026

_____
Hon. Michelle Williams Court
United States District Judge